IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |  |
|---|---|---|
| ADAM GOBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-059 |
| | ) | |
| LAWRENCE W. DANIEL, Attorney; SEAN | ) | |
| GARRETT, District Attorney; and | ) | |
| JUDGE MCCLAIN, Superior Court Judge, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia even though the named Defendants are located in Atlanta and Douglasville, Georgia. (See doc. no. 1.) Because Defendants are located in Atlanta and Douglasville, Georgia, the proper venue is the Atlanta Division of the Northern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Atlanta Division. 28 U.S.C.§ 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. Plaintiff should be aware that all future filings in this case, including the response to the September 8, 2020 Notice of Filing Deficiency from the Clerk of Court, should be made with the Clerk, Richard B. Russel Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3309.

SO ORDERED this 15th day of September, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA